

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00691-CR

The **STATE** of Texas,
Appellant

v.

Fernando **ROQUIEL-TOPOF**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001352D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 12, 2025.

_____
Velia J. Meza, Justice